UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 01, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Bryan C. Popp, § § § Plaintiff, § § versus § § New Residential Mortgage, LLC and, § LoneCare, LLC, § § Defendants. § | Civil Action H-22-3477 |

## Discovery Order

1. The parties may conduct self-directed discovery.

2. The parties must talk. The Court is confident that this matter is amenable to resolution without judicial intervention.

2. By January 27, 2023, the parties must report the status of this case and whether they believe a conference in early February would be helpful, as discussed in the initial conference.

Signed on November 30, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge