IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRYAN C. POPP,** § § § *Plaintiff,* § § v. § Civil Action No. 4:22-cv-3477 § **NEW RESIDENTIAL MORTGAGE, LLC** § **and LOANCARE, LLC,** § § *Defendants.* § | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**NOW COMES** Bryan C. Popp ("Plaintiff") and New Residential Mortgage, LLC and Loancare, LLC ("Defendants") and hereby file this his agreed Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in support thereof would respectfully show unto the Court the following:

1. The parties have reached an agreement to fully compromise and settle all claims and controversies arising under this civil action and agree that Plaintiff dismiss the above civil case, without prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii).

2. The parties also agree that all costs of court and attorney's fees incurred shall be borne by the party incurring the same.

WHEREFORE, Plaintiff hereby respectfully request that the Court enter an Order dismissing the above civil case, without prejudice, and for such other and further relief to which the parties may be justly entitled.

Respectfully submitted,

*/s/*      *Bryan C Popp*
**Bryan C. Popp, Pro Se**
State Bar No. 24008692
22703 Deville Dr.
Katy, Texas 77450
Email: poppbryan@yahoo.com

**PRO SE PLAINTIFF**

**AND**

*/s/ Mark D. Hopkins*
**Mark D. Hopkins**
State Bar No. 00793975
HOPKINS LAW, PLLC
3809 Juniper Trace, Suite 101
Austin, Texas 78738
(512) 600-4320 – Telephone
(512) 600-4326 – Facsimile
mark@hopkinslawtexas.com

**OF COUNSEL TO:**

**CODILIS & MOODY, P.C.**
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200

**ATTORNEYS-IN-CHARGE FOR DEFENDANT**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on January 10, 2024, I conferred with Danya F. Gladney, counsel for Defendants, and advised that Defendants are unopposed and in agreement with the foregoing *Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)* and provided permission to affix his electronic signature to the same.

 */s/ Bryan C Popp*
 **Bryan C. Popp**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, a true and correct copy of the foregoing *Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)* was filed and served upon all parties and counsel of record via the Court's ECF system.

 */s/Danya F. Gladney*
 **Danya F. Gladney**